UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :        **ORDER ACCEPTING**
v.                                  :        **PLEA ALLOCUTION**
                                    :
JABBAR KAREEM MCLEAN,               :
                                    :        21-CR-00744 (PMH)
            Defendant.              :
-------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated December 30, 2021, is approved and accepted, and the defendant is adjudged guilty of the offense charged in the Information.

The Clerk of Court is directed to enter the guilty plea.

SO ORDERED:

Dated: White Plains, New York
       January 28, 2022

                                   _____
                                   Philip M. Halpern
                                   United States District Judge