

1185 Avenue of the Americas
21st Floor

Application granted in part.

Sentencing in this matter shall proceed at 09:30 a.m. in Courtroom 520 on October 14, 2022.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 23.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
        July 18, 2022

July 15, 2022

*Via ECF*

The Honorable Philip M. Halpern
U.S. District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Jabbar McLean,* 21 Cr. 744 (PMH)

Dear Judge Halpern:

I am CJA counsel for Jabbar McLean in the above-referenced action. Sentencing for Mr. McLean is presently scheduled for August 18, 2022.  However, I have a 2-week vacation scheduled in August which overlaps with the scheduled sentencing date. Accordingly, the defense respectfully requests that that sentencing be adjourned to the week of August 29, 2022 at the earliest. Please also be aware that I will be away on a business trip the week of September 19, 2022.

On July 14, 2022, I conferred AUSA Steven Kochevar, who consents to this application.

Respectfully submitted,

Davis Wright Tremaine LLP

/s/ J.P.F.

Joseph P. Facciponti

cc: AUSA Steven Kochevar

**DWT.COM**

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.