UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Jabbar Kareem McLean,**
              Defendants.

------------------------------------------------------------x

**RESCHEDULING ORDER**

7-21Cr744-PMH

Sentencing in this matter is rescheduled to <u>February 2, 2023 at 11:00 am</u> in Courtroom 520 at the White Plains Courthouse.

Defendant's submission is due on <u>1/19/2023</u>. Government's submission is due by <u>1/26/2023</u>.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: October 5, 2022        SO ORDERED:

_____
Philip M. Halpern, U.S.D.J