**Joseph P. Facciponti Esq.**

October 19, 2022

*By Email and Electronic Filing*

The Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Application granted. Mr. Feldman is hereby appointed as CJA counsel for Defendant McLean
>
> The Clerk of Court is respectfully directed to: (i) terminate Mr. Facciponti's appearance on the docket; and (ii) terminate the motion sequences pending at Doc. 25 and Doc. 27.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         October 20, 2022

Re: *United States v. Jabbar McLean*, 21 Cr. 744 (PMH)

Dear Judge Halpern:

    I respectfully write follow up on my letter of October 5, 2022 regarding the status of my representation of Jabbar McLean, the defendant in the above-captioned matter. After discussions between Steven Feldman, Esq., and the Honorable Cathy Seibel, U.S. District Judge, regarding my resignation from the CJA Panel and the disposition of my current cases, Mr. Feldman has expressed a willingness to be assigned counsel for Mr. McLean. Mr. Feldman shared a CJA panel spot with me prior to my resignation. Accordingly, for the reasons stated in my October 5, 2022, I respectfully request that the Court relieve me as counsel for Mr. McLean and appoint Mr. Feldman as counsel.

Respectfully submitted,

J.P.F.

Joseph P. Facciponti, Esq.

cc (by ECF & Email):
AUSA Steven Kochevar

(by Email)
Steven Feldman, Esq.