

**Stradley Ronon Stevens & Young, LLP**

100 Park Avenue
Suite 2000
New York, NY 10017
Telephone 212.812.4124
Fax 646.682.7180

www.stradley.com

**Steven D. Feldman**
Partner
sfeldman@stradley.com
212.404.0659

> Application denied as moot. The second revised Pre-Sentence Report at Doc. 36 removed footnote 3 at paragraph 65.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 35.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         March 7, 2023

<u>**Via ECF**</u>

Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr. Fede[ral]
300 Quarropas Street
White Plains, New York  10601

      Re:    <u>**United States v. Jabbar McLean, 21 Cr. 744 (PMH)**</u>

Dear Judge Halpern:

      We are counsel for Mr. McLean in the above-referenced matter.  We write to request that the Court direct the Probation Department make certain changes to the PSR as ordered by the Court at Mr. McLean's sentencing.

      Mr. McLean was sentenced by Your Honor on February 2, 2023.  At the sentencing, at the request of the defense, the Court ordered the deletion of footnote 3 of paragraph 65 of the Presentence Report ("PSR").  The Government did not object to the request.  On February 13, 2023, the Probation Department issued a revised PSR [ECF No. 34] but failed to removed footnote 3.  After receiving the revised PSR, I wrote to the Probation Department asking them to remove footnote 3 on February 13, 2023, and again on March 3, 2023.  However, the Probation Department has ignored my requests and failed to do so.

      Accordingly, we respectfully request that the Court direct the Probation Department to comply with the Court's directives at sentencing and revise the final PSR by removing footnote 3

**Philadelphia, PA • Malvern, PA • Cherry Hill, NJ • Newark, NJ • Wilmington, DE • Washington, DC • New York, NY • Chicago, IL**
A Pennsylvania Limited Liability Partnership

MERITAS LAW FIRMS WORLDWIDE

6014881v.1

Honorable Philip M. Halpern
March 6, 2023
Page 2

of paragraph 65.  Thank you for your consideration.

                                                        Respectfully submitted,

                                                        Steven D. Feldman
                                                        Partner

cc:    AUSA Steven Kochevar (via email)
        U.S. Probation Officer Nichole Brown-Morin (via email)

6014881v.1