UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

v.

JABBAR KAREEM MCLEAN,

                Defendant.
-------------------------------------------------------X

**ORDER**

7:21-cr-744-PMH

On June 12, 2024, Defendant Jabbar Kareem McLean appeared in Court for an Initial Appearance on his Violation of Supervised Release Petition dated May 24, 2024. Defendant's conditions of supervised release imposed on February 2, 2023 remain in place and the following additional condition of supervised release is imposed:

The Court orders location monitoring technology at the discretion of the Probation Officer. Defendant shall be monitored for a period of 90-days and shall abide by all technology requirements. Defendant shall contribute to the costs of participation in the location monitoring program as directed by the Court and the Probation Officer. The location monitoring technology shall be utilized to monitor the following restriction on Defendant's movement in the community as well as other court-imposed conditions of release: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the officer (Home Detention).

    **SO ORDERED:**

Dated: White Plains, New York
       June 12, 2024

                                              _____
                                                  Philip M. Halpern
                                            United States District Judge