UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

JABBAR KAREEM MCLEAN,

                    Defendant.
----------------------------------------------------------X

**ORDER**

7:21-cr-744-PMH

IT IS HEREBY ORDERED that the Court's June 12, 2024 Order is modified as follows: Defendant's conditions of supervised release imposed on February 2, 2023 remain in place and an additional condition of supervised release is imposed that supervisee is placed on Standalone Location Monitoring for a period of 90-days via a form of technology at the discretion of the Probation Department. The supervisee shall abide by all technology requirements and contribute to the costs of participation in the location monitoring program as directed by the Court and the Probation Officer.

     **SO ORDERED:**

Dated: White Plains, New York
       June 17, 2024

                                        _____
                                        Philip M. Halpern
                                        United States District Judge