UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

JABBAR KAREEM MCLEAN,

               Defendant.
------------------------------------------------------------x

**RE-SCHEDULING ORDER**

7:21-CR-00744-PMH

At the request of Defendant, the Status Conference scheduled for October 21, 2024 at 11:30 a.m. is re-scheduled to 2:00 p.m. on the same date in Courtroom 521 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
       October 16, 2024

_____
Philip M. Halpern
United States District Judge