**U.S. Department of Justice**

> Application granted. The status conference scheduled for October 21, 2024 is adjourned to December 4, 2024 at 10:00 a.m. By November 25, 2024, counsel shall: (i) advise the Court if the conference should be converted to an admission/sentencing hearing; and, if so (ii) file either joint or separate letters with their position(s) concerning the admission and sentencing and provide the Court with any documents necessary for the Court's consideration in connection with the conference. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc 45).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:   White Plains, New York
>             October 21, 2024

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**Re:   *United States v. Jabbar McLean*, 21 Cr. 744 (PMH)**

Dear Judge Halpern:

      The Government writes respectfully to request that the Court adjourn the status conference currently scheduled for 2:00 pm on October 21, 2024, concerning defendant Jabbar McLean's pending violations of supervised release, to a date convenient for the Court approximately one to three weeks from October 21, 2024. The parties have discussed a proposed resolution of the pending specifications of supervised release and believe that they are likely to be able to resolve this matter at the upcoming conference if it is adjourned. The parties need some additional time to finalize the proposed resolution. Defense counsel consents to the requested adjournment. The Government requests that Mr. McLean's conditions of release be continued until the date of any adjourned conference.

      The parties acknowledge that this adjournment request is being submitted near in time to the October 21, 2024, conference and are prepared to appear at that conference in the event the Court does not grant the present request.

      Respectfully submitted,
      DAMIAN WILLIAMS
      United States Attorney

By:   */s/ Steven J. Kochevar*
      Steven J. Kochevar
      Assistant United States Attorney
      (212) 637-2262