

**BY ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

---

Application granted. The admission and sentencing hearing scheduled for December 9, 2024 is adjourned to January 22, 2025 at 10:30 a.m. By January 15, 2025, counsel shall file a status letter including their positions concerning the anticipated plea and sentencing and shall submit to the Court any documents and/or agreements necessary for the Court's consideration in connection with the hearing. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 49).

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
December 2, 2024

---

Re: *United States v. Jabbar McLean*, 21 Cr. 744 (PMH)

Dear Judge Halpern:

The parties respectfully request that the Court adjourn the December 9, 2024, admission hearing and sentencing and the parties' December 2, 2024, deadline to make sentencing submissions in the above-captioned violation of supervised release ("VOSR") matter. The Court had previously set these dates after the parties informed the Court that they had reached a resolution of the VOSR matter, but needed additional time because defense counsel was experiencing a medical emergency. *See* ECF No. 48. The undersigned conferred with defense counsel today, and defense counsel continues to be experiencing a medical emergency that has affected his ability to prepare for the appearance and to prepare a sentencing submission. In light of this, the parties respectfully request that the Court adjourn the December 9, 2024, court appearance and December 2, 2024, deadline by approximately two to four weeks to a date convenient for the Court. This will give defense counsel time to prepare and for the parties to further confer. The Government requests that the conditions of the defendant's bail be continued for that time.

        Respectfully submitted,
        DAMIAN WILLIAMS
        United States Attorney

by:   */s/ Steven J. Kochevar*
        Steven J. Kochevar
        Assistant United States Attorney
        (212) 637-2262

cc:    Andrew Patel, Esq. (ECF)