UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
        v.                        :    21 CR 744 (PMH)
                                  :
JABBAR KAREEM MCLEAN,             :    **ORDER**
                                  :
        Defendant.                :
-----------------------------------------------------------------x

At the VOSR sentencing hearing on April 29, 2025, and for the reasons stated on the record, the Court imposed a sentence of, among other things, one day of imprisonment. Accordingly, Defendant Jabbar McLean shall surrender to the custody of the United States Marshal.

Dated: White Plains, New York
       April 29, 2025

                                       SO ORDERED:

                                       _____
                                       Philip M. Halpern
                                       United States District Judge